UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Noel Luis Edwards

Defendant(s).

-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

7:20-cr- 618-VB

Defendant Noel Luis Edwards hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☒    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

(*During a videoconference on November 20, 2020, Mr. Edwards authorized Benjamin Gold to electronically sign this form*)

_Noel Edwards_                                                           _Ben G_
Defendant's Signature                                         Defendant's Counsel's Signature
confirmed 11/23/20
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Noel Edwards                                                          Benjamin Gold
Print Defendant's Name                                       Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

  11/23/20
Date                                                                         U.S. District Judge/U.S. Magistrate Judge