UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
UNITED STATES OF AMERICA                :
                                        :     **AMENDED SCHEDULING**
v.                                      :     **ORDER**
                                        :
NOEL LUIS EDWARDS,                      :     20 CR 618 (VB)
                    Defendant.          :
----------------------------------------------------------x

      The scheduling order in this case issued December 2, 2020 (Doc. #32), is amended to the extent of changing the call-in information for accessing the audio feed of the conference, as follows: Co-counsel, members of the press, and the public may access the audio feed of the conference by calling **(917) 933-2166** and entering **Conference ID 26155707#**.

Dated: December 9, 2020
      White Plains, NY

                                      SO ORDERED:

                                      Vincent L. Briccetti
                                      United States District Judge