March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEOCONFERENCE OR TELECONFERENCE**

-v-

20-CR-618 (VLB) (___)

Noel Luis Edwards ,

                Defendant(s).

------------------------------------------------------------X

Defendant __Noel Luis Edwards_____ hereby voluntarily consents to participate in the following proceeding via videoconferencing or teleconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

X Plea

(Mr. Edwards authorized Benjamin Gold to affix his electronic signature during a videoconference on December 10, 2020)

_Noel Luis Edwards_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Noel Luis Edwards**
Print Defendant's Name

_Ben G_
Defense Counsel's Signature

**Benjamin Gold**
Print Defense Counsel's Name

This proceeding was conducted by reliable videoconferencing technology.

12/16/2020
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~