# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601
Tel: (914) 428-7124  Fax: (914) 997-6872

David E. Patton
*Executive Director
and Attorney-in-Chief*

Susanne Brody
*Attorney-in-Charge
White Plains*

Via E-mail and ECF

February 23, 2021

The Honorable Vincent L. Briccetti
District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

*[Handwritten: Sentencing is adjourned until 5-3-21 at 3:00 pm. SO Ordered: /s/ USDJ 2/24/21]*

Re:   United States v. Noel Edwards
      20-CR-618 (VB)

Dear Honorable Briccetti:

     I am writing in regards to Noel Edwards' sentencing, which is currently scheduled for March 17, 2021. I am writing to ask that Mr. Edwards' sentencing be adjourned to allow me to further investigate the guideline calculation in the presentence report. While the final presentence report has not yet been completed, the draft report provides for a guideline range of 37-46 months, which is more than the 30-37 months stated in the plea agreement.[1] In order to evaluate the calculations in the presentence report, I need access to state-court documents that have been requested but which have not yet been received by my office. Additionally, an adjournment would be beneficial because it would give me more time to review the presentence report with Mr. Edwards.

     I have spoken to Assistant United States Attorney Kevin Sullivan and he does not object to this request. Both Mr. Sullivan and I are available the week of April 19, 2021 and the week of May 3, 2021.

Respectfully,

Benjamin Gold
Assistant Federal Defender

cc: AUSA Kevin Sullivan

---

[1] The discrepancy appears to relate to differing opinions regarding the exact amount of time Mr. Edwards served in relation to a 2017 conviction.